UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TAYLOR THOMPSON,**

    **Plaintiff,**

**v.**                                                                                    **Case No. 3:14cv217-MCR/CJK**

**SILVER BEACH TOWERS PROPERTY**
**OWNERS ASSOCIATION, INC.,**

    **Defendant.**
**_____/**

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 8, 2015, ECF No. 56.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections, including Plaintiff's Motion for Rehearing/Reconsideration, ECF No. 57, and Defendant's Response in Opposition to Plaintiff's Motion, ECF No. 58.

Having considered the Report and Recommendation, and any objections and responses thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, the court hereby **ORDERS** and **ADJUDGES** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion for summary judgment (doc. 49) is **GRANTED** and this matter is dismissed with prejudice.

3. Plaintiff's Motion for Rehearing/Reconsideration is **DENIED**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of January, 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**